BERNARD McGOVERN, Respondent, *v.* MANHATTAN RAILWAY COMPANY, Appellant.

*McGovern* v. *Manhattan Ry. Co.,* 110 App. Div. 889, appeal dismissed.
(Argued February 26, 1906; decided March 6, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered January 12, 1906, which affirmed an order of the court at a Trial Term denying a motion for a new trial.

The motion was made upon the ground that the order was not appealable as of right to the Court of Appeals and permission to appeal had not been granted.

*Augustus Van Wyck* for motion.

*Austen G. Fox* and *Charles A. Gardiner* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.